# Exhibit C



8/1998

All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment.

Isaac Larian, CEO

EXHIBIT    5

Contract PAGE 9/15/00  51

M 0001495

EX 10-0008



EXHIBIT 5

All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment

PAGE 45

Isaac Larian, CEO

JUNE 2000
Contract date : 9/18/2000

M 0001489

EX 10-0002



8/1998

EXHIBIT **5**

PAGE **46**

All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment.

Isaac Larian, CEO

Contract date 9/5/00

M 0001490



All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment.

Isaac Larian, CEO   EXHIBIT ___ **5**

Contract date  9/18/00   **47**

PAGE ___

M 0001491

EX 10-0004



© 8/1998

All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment.

Isaac Larian, CEO

Contract date

EXHIBIT _____ 5

PAGE _____ 48

M 0001492

EX 10-0005



©
/1998

All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment.

Isaac Larian, CEO

Contract date

EXHIBIT _____ 5

PAGE ___ 49

M 0001493

EX 10-0006



All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment.

Isaac Larian, CEO

EXHIBIT    5

PAGE    50

Contract date

M 0001494



8/1998

All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment

EXHIBIT ___5___

Isaac Larian, CEO
PAGE ___52___
Contract date

M 0001496

EX 10-0009



8/1998

All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment.

EXHIBIT          5

Isaac Larian  PAGE       53
Contract date  9/18/00

M 0001497

EX 10-0010



(c)

All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment

Isaac Larian, CEO

EXHIBIT _____ 5

PAGE _____ 54

M 0001498

EX 10-0011



All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment EXHIBIT ____ 5

Isaac Larian, CEO   PAGE ____ 55

Contract date: 4/18/00

M 0001499

EX 10-0012



All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment.

Isaac Larian, CEO

EXHIBIT ___5___

PAGE ___56___

M 0001500

EX 10-0013



All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment

EXHIBIT 5

Isaac Larian, CEO

Contract date. PAGE/aa 57

M 0001501

EX 10-0014

BODY



NOT ACTUAL
SIZE

ACTUAL DOLL
HEIGHT (WITH HEAD)
APPX. 9½" - 10"

M0001503    5

PAGE    59

EX 10-0016



9-10" tall

14-15yrs old

Nov 7th

JOINTED HERE, @ SHOULDERS

JOINTED HIPS

SCULPTED FINGERNAILS

removable ankles

BASIC SHc SCULPT

ATTORNEY'S EYES
ONLY

BRYANT 00277



EXHIBIT __1__
PAGE __33__

EX 5-0088



TOP OF HEAD

ROOTING LINE / SEPERATION LINE

ACTUAL PROPORTION

ACTUAL SIZE
10"

EXHIBIT 3
PAGE 35

SL00044

EX 323-0032



FACES
SAME HEAD BUT
DIFF FACE PAINT

- NOT ACTUAL SIZE -

M-0001505

EXHIBIT _____ 5 _____

PAGE _____ 61 _____

EX 10-0018



To give Zoe a whole new look for night, change her short dark brown hairstyle to her long blonde hairdo (included), change her pants to a skirt (also included) and change her sneakers to platform sandals (you get those too!)

M 0001504    5

PAGE_____ 60